# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cr526-2 | **DATE** | 7/3/2008 |
| **CASE TITLE** | USA vs. Juan Gutierrez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest 7/3/08. Donna Hickstein-Foley is appointed to represent the defendant for this proceeding only. Defendant informed of his rights. Order defendant detained as a risk of flight. Status hearing set for 7/9/08 at 10:30 a.m. to set the preliminary examination and detention hearing.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|