# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. Herrera

FOR: JUL 03 2008
AT: MAGISTRATE JUDGE SUSAN E. COX, UNITED STATES DISTRICT COURT

LOCATION NUMBER: [signature]

PERSON REPRESENTED (Show your full name): Juan Gutierrez

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 526-2
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Power Automotive
- IF YES, how much do you earn per month? $2,000.00
- IF NO, give month and year of last employment. How much did you earn per month? $____
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $3,000.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $200/mth Part time Security at the Public School ended in 4/08

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No. IF YES, state total amount $1,800.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE: owe $12,000 probably worth 10,000 — DESCRIPTION: 2004 Pontiac

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ Married ☐ Single ☐ Widowed ☐ Separated or Divorced
- Total No. of Dependents: 4
- List persons you actually support and your relationship to them: —

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditor | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ | $350.00 |
| | Car payment | $12,000 | $450.00 |
| | Credit card | $7,600 | $300.00 |
| | Utilities & Food | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): July 3, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]