# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 526 - 2 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Juan Gutierrez | | |

**DOCKET ENTRY TEXT**

Case called for status hearing. The Government advised the Court that Mr. Gutierrez is referred to in the complaint in error as Mr. Gonzalez beginning at page 8 until the end of the document. Donna Hickstein-Foley is given leave to withdraw her appearance as defendant's counsel. Enter order appointing Helen J. Kim of the Federal Defender Program as counsel for defendant. Defendant waives preliminary examination. Enter a finding of probable cause; Order defendant bound to the district court for further proceedings. Bond hearing held. Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

U.S. DISTRICT COURT
2008 JUL -9 PM 2:05
FILED