Order Form (01/2005)   Case 1:08-cr-00526   Document 23   Filed 07/21/2008   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 526 - 1 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. Juan Gutierrez | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order to Modify Conditions of Release. Defendant Juan Gutierrez shall have his travel restrictions amended to permit his travel in the Northern District of Illinois and the Northern District of Indiana. All other conditions of his release shall remain in place.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | U.S. DISTRICT COURT CLERK | Courtroom Deputy Initials: | VKD |
|---|---|---|---|

2008 JUL 21 PM 4:14

FILED