IN THE
NORTHERN DISTRICT OF ILLINOIS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 526 - 2 |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| JUAN GUTIERREZ | ) | |

## AGREED ORDER TO MODIFY CONDITIONS OF RELEASE

By agreement between all parties, IT IS HEREBY ORDERED that the defendant, JUAN

GUTIERREZ, in the above captioned case, shall have his travel restrictions amended to permit

his travel in the Northern District of Illinois and the Northern District of Indiana.  All other

conditions of his release shall remain in place.

IT IS SO ORDERED.

_____
Magistrate Judge Susan E. Cox

Dated: July 21, 2008