# United States District Court, Northern District of Illinois

08 GJ 710

JUDGE MANNING

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE COX | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COX |
|---|---|---|---|
| CASE NUMBER | 08 CR 0526 | DATE | JULY 31, 2008 |
| CASE TITLE | US v. XAVIER HERRERA, JUAN GUTIERREZ & FREDRICK FARMER | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL JUNE 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

DOCKET ENTRY:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO XAVIER HERRERA AND JUAN GUTIERREZ. NO BOND SET, DETAINED BY MAGISTRATE AS TO FREDRICK FARMER..

**RECEIVED**

JUL 31 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| No notices required, advised in open court. | | | | |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff | | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | | |
| Docketing to mail notices. | | | Date mailed notice | |
| Mail AO 450 form. | | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |